# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 15, 2019

158973

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* MERRIMAN, Minors.

SC: 158973
COA: 344114
Hillsdale CC Family Division:
16-000479-NA

_____/

On order of the Court, the application for leave to appeal the January 3, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 15, 2019



Clerk

s0212